UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERISOURCEBERGEN CORPORATION, | |
| Plaintiff, | 22 Civ. 05251 |
| - v. - | |
| WARRIOR FREIGHT SYSTEMS LLC, | **MOTION FOR** <u>**DEFAULT JUDGMENT**</u> |
| Defendant. | |

WHEREFORE Plaintiff, AmerisourceBergen Corporation, by and through their attorneys, Kennedy Lillis Schmidt & English hereby moves the Court pursuant to Federal Rules of Civil Procedure 55(b) and Local Civil Rule 55.2 to enter default judgment in favor of Plaintiff and against Defendant, Warrior Freight Systems LLC, on the ground that said Defendant failed to answer or otherwise defend against the Complaint.

Dated:  New York, New York
        November 28, 2022

KENNEDY LILLIS SCHMIDT & ENGLISH
Attorneys for Plaintiff

By: _____
Nathan T. Williams
125 Maiden Lane, Suite 5C
New York, New York 10038
Telephone (212) 430-0812

TO: